# Third District Court of Appeal

## State of Florida

Opinion filed May 1, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-484
Lower Tribunal No. 11-19067

_____

**Revenel Francique,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Jose L. Fernandez, Judge.

Revenel Francique, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SALTER, FERNANDEZ and LINDSEY, JJ.

PER CURIAM.

This is an appeal of an order summarily denying a motion under Florida

Rule of Criminal Procedure 3.850(f)(5).  On appeal from a summary denial, this

Court must reverse unless the post-conviction record shows conclusively that the appellant is entitled to no relief. *See* Fla. R. App. P. 9.141(b)(2)(D).

Because the record now before us fails to make the required showing, we reverse the order and remand for further proceedings. If the trial court again enters an order summarily denying the post-conviction motion, the court shall attach record excerpts conclusively showing that the appellant is not entitled to any relief.

Reversed and remanded for further proceeding.